UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **2:20-cv-07964-FMO-AFM**                                           Date: October 6, 2020

Title   **Singh Jaswinder v. Kevin McAleenan et al**

Present: The Honorable:   **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

     On August 28, 2020, petitioner filed a pro se Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241).  On September 1, 2020, the Court issued an Order requiring respondent to file a Notice of Appearance within 14 days and an Answer to the Petition within 30 days.  According to the docket, respondents have failed to file the required documents.

     Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, respondents shall show cause in writing why respondents have failed to file the required documents. The filing of the Notice of Appearance and Response to the Petition within 20 days shall discharge the Order to Show Cause.

     IT IS SO ORDERED.

                                                                                                                        :
                                                                                    **Initials of Preparer**        ib