UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINGH JASWINDER,<br><br>           Petitioner,<br><br>      v.<br><br>KEVIN McALEENAN, et al.,<br><br>           Respondents. | Case No. 2:20-cv-07964-FMO (AFM)<br><br>**ORDER DISMISSING PETITION AS MOOT** |

**BACKGROUND**

On August 28, 2020, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. At the time he filed the petition, Petitioner was subject to a final order of removal and was in custody of the United States Immigration and Customs Enforcement ("ICE"). The petition challenges Petitioner's continued detention by ICE pending his removal. Specifically, the petition alleges that Petitioner has been detained without removal for longer than six months and is entitled to be released under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (ECF No. 1 at 2-7.)

On October 26, 2020, Respondents filed a Motion to Dismiss the Petition as Moot. According to the Motion and exhibits attached thereto, Petitioner was released

from custody on October 21, 2020. (ECF No. 7.) On October 27, 2020, the Court received Petitioner's Notice of Change of Address, in which he indicates he was conditionally released on October 21, 2020. (ECF No. 9.) On the same date, the Court issued an order informing Petitioner that he had until November 12, 2020 to file and serve any opposition to Respondent's Motion to Dismiss. (ECF No. 8.) As of the date of this order, Petitioner has neither filed an opposition to the motion nor requested additional time within which to do so.

## DISCUSSION

Federal court jurisdiction is limited to adjudication of actual cases and live controversies. *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477 (1990); *North Carolina v. Rice*, 404 U.S. 244, 246 (1971) (per curiam). A petition for a writ of habeas corpus becomes moot when a prisoner who requests release from custody is released before the court has addressed the merits of the petition. *See Lane v. Williams*, 455 U.S. 624, 631 (1982); *Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

This petition requests an order releasing Petitioner from ICE custody under reasonable conditions of supervision. (ECF No. 1 at 5.) Because Petitioner already has been released from ICE custody, there is no additional relief that this Court could grant him. Accordingly, the question of the constitutional validity of his continued detention no longer presents a live controversy. *See Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("a petitioner's release from detention under an order of supervision 'moot[s] his challenge to the legality of his extended detention'"); *see also Martinez-Reyes v. Burns*, 2011 WL 1375293, at *2 (C.D. Cal. Mar. 18, 2011) ("since petitioner's removal from the United States has released him from ICE custody, he has received the only relief this Court might provide him, and the pending Petition is moot"), *report and recommendation adopted*, 2011 WL 1375163 (C.D. Cal. Apr. 11, 2011).

///

///

For the foregoing reasons, the petition is dismissed without prejudice as moot, and the case is closed.

IT IS SO ORDERED.

DATED: November 24, 2020

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE