1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SINGH JASWINDER,<br><br>                Petitioner,<br><br>    v.<br><br>KEVIN McALEENAN, et al.,<br><br>                Respondent. | Case No. 2:20-cv-07964-FMO (AFM)<br><br>**JUDGMENT** |

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.


DATED:  November 24, 2020


                                 _____/s/_____
                                    FERNANDO M. OLGUIN
                           UNITED STATES DISTRICT JUDGE